# In the United States Court of Federal Claims

No. 07-002L
Filed March 1, 2007

***********************************
PAWNEE NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

Pursuant to the parties' February 23, 2007 Joint Motion For Temporary Stay Of Litigation, this case is hereby stayed until February 27, 2008. The parties will file a joint status report by February 27, 2008 informing the court of the outcome of their settlement discussions and, in the event the parties seek to proceed with this litigation, a proposed scheduling order.

Either party may seek to terminate the temporary stay of litigation at any time between the date of entry of the Court's Order and February 27, 2008, by providing thirty (30) days advance written notice to the other party and then filing a motion with the court. Both the written notice and the motion will set forth the grounds for the request to terminate the temporary stay and the reinstatement of the litigation. Within fifteen (15) days of the court's order terminating the stay in litigation, the parties will submit a proposed scheduling order.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**