IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-CV-00002-L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE LEAD COUNSEL**

Kennis M. Bellmard, II, of Andrews Davis, a Professional Corporation, Of Counsel for the plaintiff Pawnee Nation of Oklahoma, respectfully moves the Court for leave to substitute lead counsel. Mr. Bellmard hereby submits the following in support of his Motion:

1. Sandra Benischek Harrison is and was at the time of the filing of the plaintiff's Complaint in this case lead counsel.

2. The plaintiff has been notified of the substitution of Ms. Harrison and consents to the substitution with that of Kennis M. Bellmard II as lead counsel.

4. Ms. Harrison consents to appointment of Mr. Bellmard as Lead Counsel and that she will remain as Of Counsel for the plaintiff. *See* Attachment 1, Affidavit of Kennis M. Bellmard, II; and Attachment 2, Consent of Sandra Benischek Harrison.

5. Sandra Benischek Harrison and Michael D. McMahan will remain Of Counsel for the plaintiff.

6. Counsel for the defendant United States has been notified and does not oppose the substitution of Kennis M. Bellmard II as lead counsel for the plaintiff.

6. The substitution will not affect any pending deadlines.

WHEREFORE, Kennis M. Bellmard II, of Andrews Davis, a Professional

Corporation, respectfully requests that the Court substitute Kennis M. Bellmard II as lead counsel in place of the previous lead counsel Sandra Benischek Harrison for the plaintiff in this case.

Dated this 6th day of March, 2007.

s/Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Of Counsel
Sandra Benischek Harrison, OBA #18647
Counsel of Record
Michael D. McMahan, OBA #17314,
Of Counsel
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
PAWNEE NATION OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of March, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Martin J. LaLonde and Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

s/ Kennis M. Bellmard

196892.1