IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, Plaintiff, | ) | |
| v. | ) | No. 07-CV-00002-L |
| THE UNITED STATES, Defendants. | ) | |

**AFFIDAVIT OF KENNIS M. BELLMARD, II**

STATE OF OKLAHOMA )
) :ss
COUNTY OF OKLAHOMA )

I, Kennis M. Bellmard, II, being of lawful age, competent and duly sworn upon oath, set forth the following facts from my personal knowledge thereof:

1. I am employed by the law firm of Andrews, Davis, a Professional Corporation. I am a licensed attorney in Oklahoma, Bar No. 13965.

2. That I am admitted to practice before the United States Court of Federal Claims and am registered with the Electronic Registration System.

3. The foregoing Motion to Substitute Lead Counsel is true and correct to the best of my information and belief.

4. The plaintiff Pawnee Nation of Oklahoma has been notified of the substitution of Ms. Benischek and consents to the substitution of lead counsel.

Further Affiant sayeth not.

Dated this 5th day of March, 2007.

K Bell

Kennis M. Bellmard, II



Attachment 1

Subscribed and sworn to before me this 5th day of March, 2007, by Kennis M. Bellmard, II.

[Signature: Cheryl Shook]
Notary Public

My commission expires: ____________
(SEAL)
Commission No. ____________

CHERYL SHOOK
NOTARY
# 02014612
EXP. 09/04/10
PUBLIC
STATE OF OKLAHOMA

196893.1