IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-CV-00002-L |
| | ) | |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

**CONSENT TO APPOINTMENT OF**
**KENNIS M. BELLMARD, II AS LEAD COUNSEL**

STATE OF OKLAHOMA )
) ss:
COUNTY OF OKLAHOMA )

I, Sandra Benischek Harrison, lead counsel in the above-captioned case, hereby consent to substitution of and the appointment of Kennis M. Bellmard, II as lead counsel.

IN WITNESS WHEREOF, this Consent is executed by the undersigned this 6th day of March, 2007.

Sandra B Harrison
Sandra Benischek Harrison

This instrument was acknowledged before me this 6th day of March, 2007, by Sandra Benischek Harrison.

Cheryl Shook
Notary Public

My Commission Expires:
My Commission No.:
(SEAL)

CHERYL SHOOK NOTARY # 02014612 EXP. 09/04/10 PUBLIC OF OKLAHOMA

196894.1

Attachment 2