# In the United States Court of Federal Claims

No. 07-002L
Filed August 16, 2007

************************************

PAWNEE NATION
OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

************************************

**ORDER**

The parties are hereby ordered to submit a joint proposed document preservation order no later than August 31, 2007.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**