IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 07-CV-00002-L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| Defendants. | ) | |

**MOTION TO WITHDRAW AS COUNSEL**

Kennis M. Bellmard, II, Sandra Benischek Harrison and Michael D. McMahan of Andrews Davis, a Professional Corporation, counsel for the plaintiff Pawnee Nation of Oklahoma, respectfully request this Court to enter an Order allowing them to withdraw as counsel for Pawnee and submit the following in support of this Motion:

The plaintiff Pawnee Nation of Oklahoma has retained in-house counsel and newly retained in-house counsel will enter an appearance on behalf of Pawnee.

WHEREFORE, Kennis M. Bellmard, II, Sandra Benischek Harrison and Michael D. McMahan of Andrews Davis, a Professional Corporation, hereby request that this Court enter an Order allowing them to withdraw as counsel for the plaintiff Pawnee Nation of Oklahoma.

Dated this 13th day of December, 2007.

s/Kennis M. Bellmard
Kennis M. Bellmard II, OBA #13965
Sandra Benischek Harrison, OBA #18647
Michael D. McMahan, OBA #17314
ANDREWS DAVIS
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELLORS AT LAW
100 North Broadway Avenue, Suite 3300
Oklahoma City, OK 73102
Telephone: (405) 272-9241
Fax: (405) 235-8786
www.andrewsdavis.com
ATTORNEYS FOR PLAINTIFF
PAWNEE NATION OF OKLAHOMA

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2007, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Terry M. Petrie
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294

s/ Kennis M. Bellmard
Kennis M. Bellmard

204885.1