**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **PAWNEE NATION OF OKLAHOMA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 07-2 L** |
| | ) | **Judge Susan G. Braden** |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**DEFENDANT'S NOTICE OF FILING STATUS REPORT DESCRIBING RECORD RETENTION ORDER COMPLIANCE MONITORING MECHANISMS**

Pursuant to Paragraph 2 of this Court's record retention order dated October 26, 2007 ("RRO"), Defendant submits its status report describing the steps that have been taken, and the plans and procedures that are being formulated and implemented, for complying with the record preservation requirements of the RRO. This status report consists of the declarations (with attachments) of officials or employees of the following agencies that have been determined to be the most likely to have the "documents, data, and tangible things," that are believed to be relevant to the Plaintiff's claims in this case:[1/] the United States Department of the Interior, the United States Department of the Treasury, Environmental Protection Agency, and the National Archives and Records Administration. The Interior Department will continue working on its plans and procedures for complying with the record preservation requirements of the RRO and

[1/] Paragraph No. 2 requires the parties to identify the "subject matters at issue in this litigation"; Paragraph No. 1 of the Protective Order refers to the "subject matter of the pending litigation (including claims and defenses) . . . ." Counsel for both parties have discussed generally an approach in conducting discovery to enable Plaintiff to identify and describe the specific claims that it intends to pursue in the pending litigation; without such information the government cannot presently specify its defenses to these claims. Plaintiff alleges, generally, that the government has mismanaged its tribal trust funds.

submit supplemental status reports to the Court, as appropriate. Also, the other agencies will continue reviewing their compliance plans and procedures and file additional status reports, as needed.

Dated: December 21, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

*s/ Terry M. Petrie*
TERRY M. PETRIE
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294
Tel: (303) 844-1369
Fax: (303) 844-1350
Terry.Petrie@usdoj.gov

Attorney of Record for Defendant

OF COUNSEL:

ANTHONY P. HOANG
United States Department of Justice
Environment and Natural Resources Division
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0241
Fax: (202) 353-2021
Anthony.Hoang@usdoj.gov

SHANI WALKER
Office of the Solicitor
United States Department of the Interior
Washington, D.C. 20240

TERESA E. DAWSON
Office of the Chief Counsel
Financial Management Service
United States Department of the Treasury
Washington, D.C. 20227

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANT'S NOTICE OF FILING STATUS REPORT DESCRIBING RECORD RETENTION ORDER COMPLIANCE MONITORING MECHANISMS** was served on December 21, 2007, by Electronic Case Filing, on the following counsel:

Kennis Monte Bellmard, II
Andrews Davis, P.C.
100 North Broadway
Suite 3300
Oklahoma City, OK 73012

*Counsel for Plaintiff*

*s/ Terry M. Petrie*
TERRY M. PETRIE