**From:** McCauley, Brian
**Sent:** Monday, December 17, 2007 11:17 AM
**To:** Johnson, Ralph; Williams, Cecelia; Mullally, Celeste; Compton Christian, Rosita; Willingham, Sharon
**Cc:** Autobee, Michael; Freeman, Nola; Gimple, Steven; Hall, Janice; Hawayek, Grace; Huffaker, Christine; Maples, Randy; McCauley, Brian; Williams, James
**Subject:** Records Retention Order (RRO): Pawnee Nation of Oklahoma v. USA: Response Due Date: December 19, 2007 (DRAFT)

**Attachments:** Tribal Trust Lit Hold Jensen Memo 3122007.pdf; RRO Compliance Designation Smythe Memo 11202007.pdf

# TIME SENSITIVE: RESPONSE REQUESTED BY WEDNESDAY, DECEMBER 19, 2007

All-

Subsequent to the records preservation order and litigation holds issued for the Tribal Trust cases by Lawrence Jensen, Deputy Solicitor on March 12, 2007 (Attachment 1), and, the request to designate Records Retention Order (RRO) Compliance Coordinators within DOI bureaus dated November 21, 2007 from Paul Smyth, Counselor to the Solicitor (Attachment 2), this data call is being distributed to MMS personnel to identify potentially responsive records that meet the criteria outlined below.

Attachment 1

Tribal Trust Lit Hold Jensen M...

Attachment 2

RRO Compliance Designation Smy...

## Criteria of Potentially Responsive Records:

In support of MMS' compliance with the Records Retention Order, entered in a case brought by the Pawnee Nation of Oklahoma, please consider and review all files in your office to determine whether they contain information relating to assets (either monetary or non-monetary such as land or natural resources) of

the Pawnee Nation. Documents and information related to the Pawnee Nation are subject to special protective measures required by the RRO.

Requested Action and Response Date

By response to this message by close-of-business on December 19, 2007, please notify me (brian.mccauley@mms.gov):

1) Whether your office holds such documents or information - or if it does not.

2) If it does have such information, please provide the name of the person your office has identified as a Records Retention Order Compliance Coordinator to safeguard these documents.

3) Provide a brief description of the nature and volume of documents.

- Please forward this request to any of your stakeholders you deem responsible for managing the information requested in this Order.

- Please note the requirements for preserving any records (media neutral) pertaining to these matters as outlined by the SOL in Attachment 1

I will be glad to answer any questions you may have regarding this request. Your attention to this matter is greatly appreciated.

Brian B. McCauley
Bureau Records Officer
Capital Planning and Information Policy Branch
Minerals Management Service/Department of Interior
703.787.1939 (office)
brian.mccauley@mmss.gov