IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | | |
| | ) | | |
| Plaintiff | ) | | |
| | ) | | |
| v. | ) | No. 07-002L | DEC 1 7 2007 |
| | ) | | |
| UNITED STATES, | ) | | |
| | ) | | |
| Defendant | ) | | |

**DECLARATION OF BEN J. HARRISON**

I, Ben J. Harrison, pursuant to 28 U.S.C. § 1746, state:

1. I have held the position of Deputy Regional Counsel for Region 6 of the U.S. Environmental Protection Agency since March 2007. Previously, from October 2006 to March 2007, I served as acting Deputy Regional Counsel. In these positions, I have been and am responsible for, among other things, supervising all legal work in our office related to Indian tribal issues.

2. From April 1990 to October 2006, I served as a staff attorney in the Office of Regional Counsel in Region 6. From approximately January 1995 to October 2006, my responsibilities included legal work related to Indian tribal issues.

3. I am a member of the Bar of the state of Arkansas (Bar No. 90076).

4. I am generally familiar with the Pawnee Nation lawsuit. I am specifically aware of the Order of this Court dated October 26, 2007, requiring preservation of documents, data, and tangible things that are relevant or may reasonably lead to the discovery of information relevant to the subject matter involved in the pending lawsuit. I am filing this Declaration based on my personal knowledge of EPA's holdings, as supplemented with information obtained from EPA managers and staff.

5. In response to this Court's Order, I distributed the attached email messages to all EPA Region 6 senior managers and Office of Regional Council managers on December 17, 2007, with instructions for further distribution to staff. The memorandum is intended to alert staff and managers to the existence of the records retention order entered in *Pawnee Nation* (as attached to the email messages), and to the duty to retain documents imposed by that order.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Ben J. Harrison