# In the United States Court of Federal Claims

No. 07-002L
Filed January 2, 2008

| | |
|---|---|
| PAWNEE NATION OF OKLAHOMA, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

Plaintiff's December 13, 2007 Motion to Withdraw as Counsel does not comply with Rule of the Court of Federal Claims 83.1(c)(6) because Plaintiff's counsel has not demonstrated that "notice [was] served on such attorney's client." Therefore, Plaintiff's motion is denied.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**