IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CV-00002-L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO SUBSTITUTE LEAD COUNSEL**

John E. Parris, Attorney General of the Pawnee Nation of Oklahoma, respectfully moves the Court for leave to substitute lead attorney of record pursuant to Rule 83.1 (c)(4). Mr. Parris hereby submits the following in support of his Motion:

1. Kennis M. Bellmard, II, is lead attorney of record in this case and consents to the substitution as evidenced by his Motion to Withdraw filed December 13, 2007, Docket entry #15.

2. The plaintiff has been notified of the substitution of Mr. Bellmard and consents to the substitution with that of John E. Parris as lead attorney of record. A letter from the plaintiff is attached.

3. Counsel for the defendant United States has been notified and does not oppose this Motion.

WHEREFORE, John E. Parris, Attorney General of the Pawnee Nation, respectfully requests that the Court substitute John E. Parris as lead attorney of record in place of the previous lead attorney Kennis M. Bellmard for the plaintiff in this case.

Dated this 30th day of January, 2008.

s/ John E. Parris
John E. Parris
Attorney General of the Pawnee Nation
PO Box 470
Pawnee OK 74058
(918) 938-6180
Cell (918) 931-8928
jeparris@gmail.com