# Pawnee Nation of Oklahoma

P. O. Box 470
Pawnee, OK 74058
Ph: (918) 762-3621

January 28, 2008

Judge Susan G. Braden
United States Court of Federal Claims

Re: Pawnee Nation of Oklahoma v. The United States, #07-CV-00002-L

Judge Braden:

This letter is to affirm that the Pawnee Nation of Oklahoma has been notified of and consents to the substitution of John E. Parris in place of Kennis M. Bellmard, II, as lead attorney in our case before your court.

If you have any questions, feel free to contact Dawna Hare, Executive Director, or myself at (918) 762-3621.

Sincerely,

George E. Howell, President
Pawnee Business Council