# In the United States Court of Federal Claims

No. 07-002L
Filed February 1, 2008

| | |
|---|---|
| *********************************** | |
| | * |
| PAWNEE NATION OF OKLAHOMA, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *********************************** | |

**ORDER**

Plaintiff's January 30, 2008 Motion to Substitute Lead Counsel is granted. Pursuant to Rule of the Court of Federal Claims 83.1(c)(4), John E. Parris will replace Kennis M. Bellmard, II as lead attorney of record.

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**