IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAWNEE NATION OF OKLAHOMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 07-CV-00002-L |
| | ) | Judge Susan G. Braden |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO DISMISS**

Comes now Pawnee Nation of Oklahoma, by and through John E. Parris, Attorney General of the Pawnee Nation of Oklahoma, respectfully moves the Court to dismiss this case without prejudice pursuant to RCFC 41(a)(2).

The reason for the dismissal of this case is that there is currently pending in the District Court for the District of Columbia a case involving 12 tribes, including plaintiff herein, against essentially the same defendant and the same claims. Case No. 06-CV-02239. That case is anticipated to be certified as a class action and in any event is agreed by the parties herein to be a more efficient resolution of these claims. In the event that the District Court for the District of Columbia finds that it lacks jurisdiction to hear any of plaintiff's claims currently pending in that court, plaintiff wishes to preserve its right to transfer that case to this court pursuant to 28 U.S.C. §1631.

The basis for filing this Motion pursuant to RCFC 41(a)(2) is that while this case could be dismissed pursuant to RCFC 41(a)(1)(ii) there is a possibility that such a dismissal could be construed as an adjudication upon the merits because previous counsel had filed and dismissed a similar case in the Northern District of Oklahoma, No. 07-CV-003.

Plaintiff has consulted with counsel for Defendant and reports that Defendant has no objection to this motion.

WHEREFORE, John E. Parris, Attorney General of the Pawnee Nation, respectfully requests that the Court order that this case be dismissed without prejudice.

Dated this 27th day of February, 2008.

s/ John E. Parris
John E. Parris
Attorney General of the Pawnee Nation
PO Box 470
Pawnee OK 74058
(918) 938-6180
Cell (918) 931-8928
jeparris@gmail.com
Attorney for the Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2008, I electronically transmitted the attached document to the Clerk of U.S. Court of Federal Claims using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony P. Hoang
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663

Terry M. Petrie
Environment and Natural Resources Division
U.S. Department of Justice
1961 Stout Street, 8th Floor
Denver, CO 80294

/s John E. Parris