# In the United States Court of Federal Claims

No. 07-002L
Filed February 28, 2008

***********************************
PAWNEE NATION OF OKLAHOMA,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
***********************************

**ORDER**

On February 27, 2008, Plaintiff filed an unopposed Motion to Dismiss due to a case pending in the District Court for the District of Columbia involving the "same defendant and the same claims." Therefore, Plaintiff's February 27, 2008 Motion to Dismiss is granted, and the Clerk of the United States Court of Federal Claims is directed to dismiss the complaint, without prejudice, pursuant to Rule of the Court of Federal Claims 41(a).

**IT IS SO ORDERED.**

s/Susan G. Braden
**SUSAN G. BRADEN**
**Judge**