# In the United States Court of Federal Claims

**No. 07-2 L**

**PAWNEE NATION OF OKLAHOMA,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed February 28, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed, without prejudice, pursuant to Rule 41(a).

John S. Buckley
Acting Clerk of Court

**February 29, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.